UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>HOLLY SNEAD,<br><br>          Defendant. | PO-16-5143-GF-JTJ<br>Ticket Number: 6027387<br>Location Code: M13<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Holly Snead, was present in court and entered a plea of No Contest to the charge of: CAMPING OUTSIDE DESIGNATED AREA.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

       1.  Defendant must pay a fine in the amount of $90.00 plus $30.00 Special Assessment for CAMPING OUTSIDE DESIGNATED AREA for a total of $120.00.  Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 71363, Philadelphia, PA 19176-1363.  Defendant may also pay online at www.cvb.uscourts.gov .  The fine shall be paid in monthly payments of $20.00, with the first payment due on or before November 1, 2016

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14)

days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston.  If you appeal, you will be required to pay a $37 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: September 22, 2016.

October 6, 2016                               /s/John Johnston
Date Signed                                   JOHN JOHNSTON
                                              United States Magistrate Judge